In the United States District Court

for the District of Colorado

United States of America

v.

Neil Ramoutar
a/k/a Andrew Perrigo
a/k/a Rishie Jangalee

}

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY    2007

GREGORY C. LANGHAM

07 CRIM. 465

Criminal No. 1:06-cr-00492-WYD

Judge Berman

Consent to Transfer of Case
for Plea and Sentence
*(Under Rule 20)*

I, Neil Ramoutar, defendant, have been informed that a Indictment is pending against me in the above designated cause. I wish to plead Guilty to the offenses charged, to consent to the disposition of the case in the Southern District of New York in which I am under arrest and to waive trial in the District of Colorado.

Dated: April 19, 2007 at _____

_____
Neil Ramoutar, Defendant

_____
(Witness)

_____
Peter Nicholas Tsapatsafis, Asst. Federal Public Defender

Approved

_____
Troy A. Eid, United States Attorney for the
District of Colorado

_____
Michael J. Garcia, United States Attorney
for the Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 4 2007

FORM USA-153

SEP.82