IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT Of COLORADO

Criminal Case No.

**UNITED STATES OF AMERICA,**

    Plaintiff,

**O7 CRIM. 465**

v.

1.    **NEIL RAMOUTAR,**

    **Defendant.**

---

**INDICTMENT**
**18 U.S.C § 1542**
**[Making a False Statement in an Application for a Passport]**

---

The Grand Jury charges:

On or about November 9, 2006, in the State and District of Colorado, NEIL RAMOUTAR, did willfully and knowingly make a material false statement in an application for a passport in the name of Andrew Ronald Perrigo, to wit: that his name was Andrew Ronald Perrigo, when in fact he was, and is, not that person, and NEIL RAMOUTAR made the false statement with the intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542.

```
USLC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 24 2007
```



I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file in my office.

... my hand and SEAL of said ... 4th day of May 07
      GREGORY C. LANGHAM

      Deputy

A TRUE BILL

s/Foreperson
FOREPERSON

TROY A. EID
United States Attorney

by: s/ Robert Brown
ROBERT BROWN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0403
E-mail: Robert.Brown5@usdoj.gov
Attorney for the United States

DATE: December 4, 2006

| | |
|---|---|
| <u>DEFENDANT</u>: | **NEIL RAMOUTAR** |
| <u>D/O/B</u>: | 1986 |
| <u>ADDRESS</u>: | |
| <u>OFFENSE</u>: | Count I: 18 U.S.C. § 1542<br>False Statement in Application for a Passport |
| <u>LOCATION OF OFFENSE</u>: | Denver, Colorado |
| <u>PENALTY</u>: | All counts: NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years supervised release; $100.00 Special Assessment Fee |
| <u>AGENT</u>: | Wade Burton<br>Special Agent, Department of State |
| <u>AUTHORIZED BY</u>: | Robert Brown<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__X__ five days or less

_____ over five days

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case

_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE</u>:   _____   Yes   __X__ No

AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

_____ DISTRICT OF ____COLORADO____

**UNITED STATES OF AMERICA**

v.

**NEIL RAMOUTAR,**

WARRANT FOR ARREST

CASE NUMBER:
**06-CR-00492-WYD**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **NEIL RAMOUTAR** forthwith to the nearest magistrate to answer (a)n

[X] Indictment

charging him with a violation of Title 18, United States Code, Sections 1542, False Statement in Application for a U.S. Passport

GREGORY C. LANGHAM
Clerk, U.S. District Court

Name of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

Title of Issuing Officer

Denver, Colorado   12-5-06
Date and Location

Bail fixed at $_____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest

07 CRIM 465

# U.S. District Court
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:06-cr-00492-WYD All Defendants
### Internal Use Only

Case title: USA v. Ramoutar

Date Filed: 12/05/2006
Date Terminated: 05/04/2007

Assigned to: Judge Wiley Y. Daniel

**Defendant**

**Neil Ramoutar** (1)
*TERMINATED: 05/04/2007*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Opening)** | |
| None | |
| **Terminated Counts** | **Disposition** |
| FALSE STATEMENT IN APPLICATION/USE OF PASSPORT (1) | Rule 20 transfer to the Southern District of New York |
| **Highest Offense Level (Terminated)** | |
| Felony | |
| **Complaints** | **Disposition** |
| None | |

**Plaintiff**

USA         represented by **Robert M. Brown**
U.S. Attorney's Office-Denver
1225 Seventeenth Street
#700
Denver, CO 80202
303-454-0355
Fax: 454-0403
Email: Robert.Brown5@usdoj.gov
*LEAD ATTORNEY*

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 4th day of May 07
GREGORY C. LANGHAM
By _____
Deputy

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2006 | 1 | INDICTMENT as to Neil Ramoutar (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (tll, ) (Entered: 12/06/2006) |
| 12/05/2006 | 2 | Arrest Warrant Issued by Wiley Y. Daniel in case as to Neil Ramoutar. (tll, ) (Entered: 12/06/2006) |
| 05/04/2007 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York: Counts closed as to Neil Ramoutar (1) Count 1. (Attachments: # 1 transfer letter)(tll, ) (Entered: 05/04/2007) |

In the United States District Court

for the District of Colorado

UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY    2007

GREGORY C. LANGH[AM]

United States of America

v.

Neil Ramoutar
a/k/a Andrew Perrigo
a/k/a Rishie Jangalee

Criminal No. 1:06-cr-00492-WYD

## Consent to Transfer of Case
## for Plea and Sentence
### (Under Rule 20)

I, Neil Ramoutar, defendant, have been informed that a Indictment is pending against me in the above designated cause. I wish to plead Guilty to the offenses charged, to consent to the disposition of the case in the Southern District of New York in which I am under arrest and to waive trial in the District of Colorado.

Dated: April 19, 2007 at _____

_____
Neil Ramoutar, Defendant

_____
(Witness)

_____
Peter Nicholas Tsapatsafis, Asst. Federal Public Defender

Approved

_____
Troy A. Eid, United States Attorney for the
District of Colorado

_____
Michael J. Garcia, United States Attorney
for the Southern District of New York

FORM USA-153

SEP.82

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov



May 4, 2007

Southern District of New York  
120 Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

**07 CRIM. 465**

Colorado Case Number: 06-cr-00492-WYD  
Defendant: NEIL RAMOUTAR  
Receiving Court Case Number: not listed

07CR 232 (HB)

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to Rule 20 Transfer of jurisdiction.

You may access electronically filed documents in this case at our ECF/PACER web address http://edf.cod.uscourt.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,  
Gregory C. Langham, Clerk

By: s/Tracey Lee  
    Deputy Clerk