UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA       :   [PROPOSED] ORDER
          - v -                :
NEIL RAMOUTAR,                 :   07 Cr. 232 (HB)
                               :   07 Cr. 465 (HB)
          Defendant.           :
                               :
- - - - - - - - - - - - - - - - - - -X

WHEREAS, these two cases were consolidated for sentencing purposes;

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 7, 2007;

WHEREAS, a transcript of the allocution was made and thereafter was transferred to the District Court, and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the plea;

IT IS HEREBY ORDERED that NEIL RAMOUTAR's guilty plea is accepted.

Dated: New York, New York
       July 13, 2007

                              _____
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK